1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:   (559) 486-4533
4
Attorney for Defendant
5 **PABLO NAVA MORFIN**

6

7

8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA | ) | **CASE NO. 1:05-CR-00461-AWI** |
| --- | --- | --- |
| | ) | |
12 | | ) | **STIPULATION AND** |
| Plaintiff, | ) | **ORDER TO EXONERATE BOND** |
13 | | ) | |
| v. | ) | |
14 | | ) | |
| PABLO NAVA MORFIN, | ) | |
15 | | ) | |
| Defendant. | ) | |
16 | _____ | ) | |

17
        Defendant PABLO NAVA MORFIN, by and through his counsel of record,
18
NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through
19
its counsel of record, DAVID L. GAPPA, Assistant United States Attorney for the Eastern
20
District of California, hereby stipulate that the property bond posted for the release of
21
defendant be exonerated.  Defendant was sentenced on September 11, 2006 and is currently
22
in custody serving his sentence.  The property was posted by Juana Morfin Nava and is
23
described as:
24
        Recorder Number 2005-0273265
25

26

27

28

**IT IS SO STIPULATED**

                            Respectfully submitted,

Dated: 04-19-07                         /s/ Nicholas F. Reyes
                                       NICHOLAS F. REYES
                                       Attorney for Defendant
                                       **PABLO NAVA MORFIN**

**IT IS SO STIPULATED**

Dated: 04-19-07                         /s/ David L. Gappa
                                       DAVID L. GAPPA
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 24, 2007**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE