PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

FILED

JUL 15 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Docket Number: 1:05CR00461-02 |
| ) | |
| PABLO NAVA MORFIN ) | |

On September 11, 2006, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. The Government has been advised and does not object to early termination.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ
Supervising United States Probation Officer**

Dated:   July 13, 2009
         Fresno, California
         HJA/mb

**REVIEWED BY:** _____
**Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **PABLO NAVA MORFIN**
    **Docket Number: 1:05CR00461-02**
    **ORDER TERMINATING SUPERVISED RELEASE**
    <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that Pablo Nava Morfin be discharged from supervised release, and that the proceedings in the case be terminated.

_7-14-09_
**Date**

_[signature]_
**OLIVER W. WANGER**
**Senior United States District Judge**

HJA/mb
Attachment:  Recommendation
cc:  United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG